**ALVERSON TAYLOR & SANDERS**
MATTHEW PRUITT, ESQ.
Nevada Bar #12474
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
Fax (702) 385-7000
efile@alversontaylor.com
*Attorneys for Trina Solar US, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRINA SOLAR US, INC., a Delaware Corporation;<br><br>       Plaintiff,<br><br>vs.<br><br>RICHARD CARSON-SELMAN aka RICHARD CARSON aka RICHARD SELMAN, an individual; and JOLANDE CARSON-SELMAN aka JOLANDE CARSON aka JOLANDE SELMAN aka JOLANDE CARSON-DUINKER; KIRBY WELLS & ASSOCIATES AS TRUSTEE FBO LIME LIGHT DOMESTIC NON GRANTOR INSURANCE TRUST U/A/D 05-12-2005; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>       Defendants | CASE NO.:  2:20-cv-01308-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO DEFENDANTS RICHARD CARSON AND JOLANDE CARSON-SELMAN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6)** |

Plaintiff TRINA SOLAR US, INC., and Defendants RICHARD CARSON-SELMAN and

JOLANDE CARSON-SELMAN, by and through their respective counsel of record, hereby stipulate

that Plaintiff shall have until September 7, 2020 to file its Response to DEFENDANTS RICHARD

CARSON AND JOLANDE CARSON-SELMAN'S MOTION TO DISMISS FOR FAILURE TO

/ / /

MP/26684

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6).

**ALVERSON TAYLOR & SANDERS**                    **LAW OFFICE OF TELIA U. WILLIAMS**

/s/ Matthew Pruitt                                              /s/ Telia Mary U. Williams
MATTHEW PRUITT, ESQ.                                 TELIA MARY U. WILLIAMS, ESQ.
Nevada Bar #12474                                           Nevada Bar #9359
6605 Grand Montecito Parkway                        10161 Park Run Drive
Suite 200                                                          Suite 150
Las Vegas, Nevada 89149                                 Las Vegas, Nevada 89145
*Attorneys for Trina Solar US, Inc.*                    *Attorney for Defendants Jolande Carson-
                                                                        Selman and Richard Carson*

        IT IS SO ORDERED. Plaintiff shall have until September 7, 2020 to file its Response to

DEFENDANTS RICHARD CARSON AND JOLANDE CARSON-SELMAN'S MOTION TO

DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6).

        DATED September 1, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**ALVERSON TAYLOR & SANDERS**

/s/ Matthew Pruitt
MATTHEW PRUITT, ESQ.
Nevada Bar #12474
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
*Attorneys for Trina Solar US, Inc.*

M:\CLIENTS\26684\pleadings\SAO to Extend Time for Response.doc

2                                                          MP/26684

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000