1  M. BRADLEY JOHNSON, ESQ.
   Nevada Bar No. 4646
2  MICHAEL R. ESPOSITO, ESQ.
   Nevada Bar No. 13482
3  **KRAVITZ SCHNITZER**
   **JOHNSON & WATSON, CHTD.**
4  A Professional Corporation
5  8985 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
6  Telephone:     (702) 322-4126
   Facsimile:     (702) 362-2203
7  Email: bjohnson@ksjattorneys.com
   Email: mesposito@ksjattorneys.com
8  Attorneys for Defendant
9  *RICHARD CARSON-SELMAN*

10

11                    **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**

12  TRINA SOLAR US, INC.,

13                  Plaintiff,                        Case No. 2:20-cv-01308-JCM-BNW

14         v.                                         **STIPULATION AND ORDER TO**
                                                      **EXTEND TIME TO FILE PROPOSED**
15                                                    **PRE-TRIAL ORDER**

16  RICHARD CARSON-SELMAN; JOLANDE
    CARSON-SELMAN; KIRBY WELLS &
17  ASSOCS., as Trustee FBO LIME LIGHT
    DOMESTIC NON-GRANTOR INSURANCE
18  TRUST,

19                  Defendants.

20

21         Defendant, RICHARD CARSON-SELMAN, by and through his counsel of record M.

22  Bradley Johnson, Esq. and Michael R. Esposito, Esq., of the law firm of Kravitz Schnitzer Johnson

23  & Watson, Chtd., Defendant KIRBY WELLS & ASSOCS., as Trustee FBO LIME LIGHT

24  DOMESTIC NON-GRANTOR INSURANCE TRUST ("Kirby Wells"), by and through its counsel

25  of record Timothy R. Treffinger, Esq. of the Law Office of Timothy R. Treffinger,  and Plaintiff

26  TRINA SOLAR US, INC., by and through its counsel of record, Matthew Pruitt, Esq. of the law

27  firm of Kirton McConkie, and hereby stipulate and agree as follows:

28         1.      This  Court  granted  Defendant  Carson-Selman's  Substitution  of  Attorney,

                                              1

1    substituting in the undersigned counsel ("KSJW"), on December 5, 2022.[1]

2        2.    Defendant Carson-Selman's counsel has been actively marshaling, reviewing, and

3    evaluating client documents, pleadings and moving papers in order to properly prepare for the

4    upcoming trial.

5        3.    Unfortunately, KSJW has learned that Defendant Carson-Selman's prior counsel,

6    Karl Anderson, Esq. ("Anderson") had apparently (upon information and belief) received an

7    incomplete client file from Defendant Carson-Selman's original counsel in this action ("Original

8    Counsel").

9        4.    As a result, Anderson did not and/or could not provide KSJW with deposition

10   records, a complete set of disclosures or associated disclosed records, draft pre-trial exhibit lists,

11   and other material documentation; an unanticipated complication in preparing for trial.

12       5.    As a result, KJSW is actively and expeditiously seeking out documents from (a)

13   Plaintiff's counsel; (b) Defendant Kirby Wells; and (c) All American Court Reporting.

14       6.    On November 29, 2022, before Defendant Carson-Selman's Substitution of Attorney

15   was filed, Plaintiff filed a Proposed Pretrial Order.[2]

16       7.    As a result of Plaintiff's filing of the Proposed Pre-Trial Order, this Court issued a

17   minute order on December 6, 2022 denying the Proposed Pretrial Order and requiring the Parties to

18   file a joint pre-trial order within 14 days.[3]

19       8.    The joint pre-trial order is current due on or before December 20, 2022.

20       9.    KSJW requires a reasonable amount of time to obtain, review, and evaluate these

21   documents in order to meaningfully prepare a proposed exhibits list, evaluate and provide objections

22   to Plaintiff's proposed exhibits, and to otherwise attempt to narrow the scope of triable issues as

23   necessary.  All of this is necessary to prepare a pre-trial order in good faith.

24       10.    Accordingly, the Parties respectfully request that this Court extend the deadline to

25   file a proposed pre-trial order by thirty (30) days from the date of the entry of this order.

26   _____

27   [1] ECF 94.
     [2] ECF 90.

28   [3] ECF 95.

1    11.    This is the first stipulation between the Parties seeking a continuance of Pre-Trial

2  Deadlines and it is not being entered into for purposes of delay.

3    12.    The purpose of this stipulation is to respectfully request time to allow a just trial on

4  the merits consistent with Fed. R. Civ. P. 1.

5

6  DATED this 15th day of December, 2022.         DATED this 15th day of December, 2022.

7

8  KRAVITZ SCHNITZER                          KIRTON MCCONKIE
   JOHNSON & WATSON, CHTD.

9

10 */s/ Michael R. Esposito, Esq.*                */s/ Matthew Pruitt, Esq.*
   M. BRADLEY JOHNSON, ESQ.                   MATTHEW PRUITT, ESQ.
   Nevada Bar No. 4646                        Nevada Bar No. 12474

11 MICHAEL R. ESPOSITO, ESQ.                  D. ANDREW LAJOIE
   Nevada Bar No. 13482                       Nevada Bar No. 14901

12 8985 S. Eastern Avenue, Suite 200          301 North 200 East, Suite 3A
   Las Vegas, Nevada 89123                    St. George, Utah 84770

13 *Attorneys for Defendant*                    *Attorneys for Plaintiff*
   *Richard Carson-Selman*

14 DATED this 15th day of December, 2022

15 LAW OFFICE OF
   TIMOTHY R. TREFFINGER.

16

17

18  */s/ Timothy R. Treffinger, Esq.*
   TIMOTHY R. TREFFINGER, ESQ.
   Nevada Bar No. 12877

19 1016 Monticello Drive
   Las Vegas, Nevada 89107

20 *Attorneys for Defendant*
   *Kirby Wells & Assocs., As Trustee FBO Lime*

21 *Light Domestic Non-Grantor Insurance*
   *Trust*

22

23

24

25

26

27

28

3

1

**ORDER**

2

   IT IS SO ORDERED:  The Parties shall have 30 days from the date of entry

3

of this order to file a joint proposed pre-trial order.

4

5

6

7                                               _____

                                                UNITED STATES DISTRICT JUDGE
8

9

10

11        DATED: December 16, 2022
                 _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4