1  Matthew Pruitt
   Nevada Bar #12474
2  D. Andrew Lajoie
   Nevada Bar #14901
3  KIRTON McCONKIE
   301 North 200 East, Suite 3A
4  St. George, Utah 84770
   Telephone: (435) 574-5672
5  mpruitt@kmclaw.com
   alajoie@kmclaw.com
6  *Attorneys for Plaintiff*
7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9                            *    *    *

10  TRINA SOLAR US, INC., a Delaware       CASE NO.: 2:20-cv-01308-JCM-BNW
    Corporation;
11
              Plaintiff,
12
    vs.                                    **STIPULATION REGARDING**
13                                         **DEFENDANT RICHARD CARSON-**
    RICHARD    CARSON-SELMAN    aka        **SELMAN'S MOTION TO WITHDRAW**
14  RICHARD    CARSON    aka   RICHARD     **ADMISSIONS PURSUANT TO FED. R.**
    SELMAN, an individual; and JOLANDE     **CIV. P. 36(B)**
15  CARSON-SELMAN     aka     JOLANDE
    CARSON aka JOLANDE SELMAN aka
16  JOLANDE CARSON-DUINKER; KIRBY
    WELLS & ASSOCIATES AS TRUSTEE
17  FBO LIME LIGHT DOMESTIC NON
    GRANTOR INSURANCE TRUST U/A/D
18  05-12-2005; DOES I through X, inclusive and
    ROE BUSINESS ENTITIES I through X,
19  inclusive,

20            Defendants
21

22        Whereas counsel for the Plaintiff, Matthew Pruitt, Esq., filed a Notice of Association of

23  Counsel on May 11, 2022 becoming counsel of record for the Plaintiff with the firm Kirton

24  McConkie. And whereas Mr. Pruitt's prior law firm Alverson, Taylor and Sanders filed a Motion

25  to Remove Attorney from Electronic Service List on December 16, 2022 seeking to remove

26  specifically "efile@alversontaylor.com" and "mpruitt@alversontaylor.com" from the electronic

27  service list. Dkt 98. The Court then ordered such on December 19, 2022. Dkt 99.

28
                                        1

However, the clerk mistakenly also removed Mr. Pruitt's email with his new firm Kirton McConkie, mpruitt@kmclaw.com, and evidently also removed Mr. Pruitt as counsel of record for the Plaintiff. Because of this error, Mr. Pruitt did not receive notice when Defendant Richard Carson-Selman filed his Motion to Withdraw Admissions on that same day December 19, 2022. *See* Dkt 100. Because he did not receive notice no opposition was filed and the Court granted Defendant's Motion on January 5, 2023. Dkt 102.

Now therefore the Parties now stipulate and agree as follows:

(1) Mr. Pruitt shall be reinstated as counsel of record for the Plaintiff with e-service directed to mpruitt@kmclaw.com.

(2) The Court's January 5, 2023 Order found at Docket Number 102 shall be reversed and rescinded.

(3) Plaintiff shall have until January 20, 2023 to file its Response or Opposition to Defendant Richard Carson-Selman's Motion to Withdraw Admissions Pursuant to Fed. R. Civ. P. 36(b).

(4) Defendant may file a Reply to Plaintiff's Response in accordance with Local Rule 7-2(b).

(5) The Parties respectfully request this Court reset this matter for hearing.

DATED this 9th day of January, 2023.

KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.


*/s/    Michael R. Esposito*
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant*
*Richard Carson-Selman*

DATED this 9th day of January, 2023.

KIRTON MCCONKIE


MATTHEW PRUITT, ESQ.
Nevada Bar No. 12474
D. ANDREW LAJOIE
Nevada Bar No. 14901
301 North 200 East, Suite 3A
St. George, Utah 84770
*Attorneys for Plaintiff*

2

1    DATED this 9th day of January, 2023.

2    LAW OFFICE OF
3    TIMOTHY R. TREFFINGER.

4
     /s/ Timothy R. Treffinger_____
5    TIMOTHY R. TREFFINGER, ESQ.
     Nevada Bar No. 12877
6    1016 Monticello Drive
     Las Vegas, Nevada 89107
7    *Attorneys for Defendant*
8    *Kirby Wells & Assocs., As Trustee FBO Lime*
     *Light Domestic Non-Grantor Insurance*
9    *Trust*

10

11                          **ORDER**
12        IT IS ORDERED that ECF No. 103 is GRANTED.

13        IT IS FURTHER ORDERED that a motion hearing regarding
14   Defendant Richard Carson-Selman's Motion to Withdraw Admissions
     (at ECF No. 100) is scheduled for February 16, 2023 at 1:00 p.m. by
15   Zoom video conference. To obtain a Zoom invitation, parties are
     kindly directed to contact courtroom administrator Jeff Miller at
16   jeff_miller@nvd.uscourts.gov no later than noon on the day before
17   the hearing but no sooner than one week before the hearing.

          **IT IS SO ORDERED**
18        **DATED:** 4:57 pm, January 10, 2023

19

          **BRENDA WEKSLER**
20        **UNITED STATES MAGISTRATE JUDGE**

21

22

23

24

25

26

27

28

                              3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KIRTON McCONKIE and that on this 9th day of January, 2023, I caused a true and correct copy of the foregoing document **STIPULATION REGARDING DEFENDANT RICHARD CARSON-SELMAN'S MOTION TO WITHDRAW ADMISSIONS PURSUANT TO FED. R. CIV. P. 36(B)** to be served VIA ELECTRONIC SERVICE: by causing a true and correct copy there to be emailed to the addressee(s) at the attached email addresses set forth in the service list.

**SERVICE LIST:**

Kravitz, Schnitzer & Johnson, Chtd.
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
702-222-4142
mesposito@ksjattorneys.com
*Attorneys for Defendant*
*Richard Carson-Selman*

Law Office of Timothy R. Treffinger
Timothy R. Treffinger, Esq
Nevada Bar # 12877
2350 S. Jones Boulevard, Suite D2
Las Vegas, NV 89146
attorneytreffinger@gmail.com
*Attorneys for Defendants Kirby Wells &*
*Associates As Trustee fbo Lime Light*
*Domestic Non Grantor Insurance Trust*
*U/A/D 05-12-2005*

*/s/ Carrie Tripp*
An Employee of KIRTON McCONKIE

4