M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
**KRAVITZ SCHNITZER**
**JOHNSON & WATSON, CHTD.**
A Professional Corporation
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:   (702) 322-4126
Facsimile:   (702) 362-2203
Email:  bjohnson@ksjattorneys.com
Email: mesposito@ksjattorneys.com
Attorneys for Defendant
*RICHARD CARSON-SELMAN*

### UNITED STATES DISTICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TRINA SOLAR US, INC., <br><br>                    Plaintiff, <br><br> v. <br><br> RICHARD CARSON-SELMAN; JOLANDE CARSON-SELMAN; KIRBY WELLS & ASSOCS., as Trustee FBO LIME LIGHT DOMESTIC NON-GRANTOR INSURANCE TRUST, <br><br>                    Defendants. | Case No.  2:20-cv-01308-JCM-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND PRE-SETTLEMENT CONFERENCE TELEPHONIC CONFERENCE** |

COMES NOW, Defendant, RICHARD CARSON-SELMAN, by and through his counsel of record M. Bradley Johnson, Esq. and Michael R. Esposito, Esq., of the law firm of Kravitz Schnitzer Johnson & Watson, Chtd., Defendant KIRBY WELLS & ASSOCS., as Trustee FBO LIME LIGHT DOMESTIC NON-GRANTOR INSURANCE TRUST, by and through its counsel of record Timothy R. Treffinger, Esq. of the Law Office of Timothy R. Treffinger, and Plaintiff TRINA SOLAR US, INC., by and through its counsel of record, Matthew Pruitt, Esq. of the law firm of Kirton McConkie, and hereby stipulate as follows:

1

1) The Settlement Conference currently scheduled for February 24, 2023 at 10:00 a.m.[1] via Zoom video conference shall be continued to March 3, 2023 at 10:00 a.m.

2) The pre-Settlement Conference telephonic conference currently scheduled for February 23, 2023 at 3:00 p.m.[2] shall be continued to March 2, 2023 at 3:00 p.m.

3) The Parties shall submit their confidential written evaluation statements for the Court's in-camera review on or before February 27, 2023 at 4:00 p.m.

4) The Parties and counsel shall send, along with their confidential written evaluation statement, their preferred e-mail address for the Zoom invitation to judicial clerk Radia Amari at radia_amari@nvd.uscourts.gov on or before February 27, 2023 at 4:00 p.m.

**IT IS SO STIPULATED**.

This stipulation is made and entered in good faith and is not for the purposes of delay.

| | |
|---|---|
| DATED this 24rd day of January, 2023. | DATED this 24rd day of January, 2023. |
| KIRTON MCCONKIE | KRAVITZ SCHNITZER JOHNSONWATSON, CHTD. |
| _/s/ Matthew Pruitt, Esq.___ | /s/ Michael R. Esposito, Esq. |
| MATTHEW PRUITT, ESQ. | GARY E. SCHNITZER, ESQ. |
| Nevada Bar No. 12474 | Nevada Bar No. 395 |
| D. ANDREW LAJOIE | MICHAEL R. ESPOSITO, ESQ |
| Nevada Bar No. 14901 | Nevada Bar No. 13482 |
| 301 North 200 East, Suite 3A | 8985 S. Eastern Ave. Suite 200 |
| St. George, Utah 84770 | Las Vegas, NV 89123 |
| Barbara M. McDonald, Esq. | *Attorneys for Defendants* |
| 8985 South Eastern Ave, Ste. 100 | |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiffs* | |

. . .

. . .

. . .

---

[1] ECF No. 110.

[2] *Id.*

2

DATED this 24rd day of January, 2023.

LAW OFFICE OF
TIMOTHY R. TREFFINGER.

*/s/ Timothy R. Treffinger, Esq.*
TIMOTHY R. TREFFINGER, ESQ.
Nevada Bar No. 12877
1016 Monticello Drive
Las Vegas, Nevada 89107
*Attorneys for Defendant*
*Kirby Wells & Assocs., As Trustee FBO Lime*
*Light Domestic Non-Grantor Insurance Trust*

## ORDER
## IT IS SO ORDERED

**DATED:** 1:38 pm, January 25, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3