M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**
A Professional Corporation
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:   (702) 322-4126
Facsimile:   (702) 362-2203
Email:  bjohnson@ksjattorneys.com
Email: mesposito@ksjattorneys.com
Attorneys for Defendant
*RICHARD CARSON-SELMAN*

# UNITED STATES DISTICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA SOLAR US, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>RICHARD CARSON-SELMAN; JOLANDE CARSON-SELMAN; KIRBY WELLS & ASSOCS., as Trustee FBO LIME LIGHT DOMESTIC NON-GRANTOR INSURANCE TRUST,<br><br>                    Defendants. | Case No.  2:20-cv-01308-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF TRINA SOLAR US, INC.'S CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, RICHARD CARSON-SELMAN; by and through his counsel of record M. Bradley Johnson, Esq. and Michael R. Esposito, Esq., of the law firm of Kravitz Schnitzer Johnson & Watson, Chtd., Defendant KIRBY WELLS & ASSOCS., as Trustee FBO LIME LIGHT DOMESTIC NON-GRANTOR INSURANCE TRUST, by and through his counsel of record Timothy R. Treffinger, Esq. of the Law Office of Timothy R. Treffinger,  and Plaintiff TRINA SOLAR US, INC., by and through its counsel of record, Matthew Pruitt, Esq. of the law firm of Kirton McConkie, hereby stipulate and agree that Plaintiff's claims against all Defendants be dismissed with prejudice and that this

matter be dismissed in its entirety.

**IT IS HEREBY FURTHER STIPULATED** that each party shall bear their own fees and costs as to this action.

DATED this 3rd day of May, 2023.

KIRTON MCCONKIE

/s/ Matthew Pruitt, Esq.
MATTHEW PRUITT, ESQ.
Nevada Bar No. 12474
D. ANDREW LAJOIE
Nevada Bar No. 14901
301 North 200 East, Suite 3A
St. George, Utah 84770
Barbara M. McDonald, Esq.
8985 South Eastern Ave, Ste. 100
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

DATED this 3rd day of May, 2023.

KRAVITZ SCHNITZER JOHNSONWATSON, CHTD.

/s/Michael R. Esposito, Esq.
M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
MICHAEL R. ESPOSITO, ESQ
Nevada Bar No. 13482
8985 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*

DATED this 3rd day of May, 2023.

LAW OFFICE OF
TIMOTHY R. TREFFINGER.

/s/ Timothy R. Treffinger, Esq.
TIMOTHY R. TREFFINGER, ESQ.
Nevada Bar No. 12877
1016 Monticello Drive
Las Vegas, Nevada 89107
*Attorneys for Defendant
Kirby Wells & Assocs., As Trustee FBO Lime
Light Domestic Non-Grantor Insurance Trust*

**IT IS SO ORDERED** May 4, 2023.

_____
UNITED STATES DISTRICT JUDGE

2